UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY NANKERVIS,

    Plaintiff,

v.

MATT GOEBEL, et al.,

    Defendants.

Case No. 17-cv-11175
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANTS MENDOZA, PARRA, COLÓN AND HOPKINS'S MOTION TO STRIKE PLAINTIFF'S PROPOSED EXPERT WITNESSES

On September 28, 2018, Defendants Benito Mendoza, Alejandro Parra, Jesús Colón, and Chadwick Hopkins filed a motion to strike Plaintiff's proposed expert witnesses. (*See* ECF #30.) In their motion, Defendants seek to preclude Plaintiff from calling three expert witnesses for whom Plaintiff failed to provide written expert reports. (*Id.* at Pg. ID 552-53.)

On October 12, 2018, Plaintiff filed a response to Defendants' motion. In it, she stated that "she will not be calling" the three expert witnesses in question. (*See* ECF #33 at Pg. ID 834.)

1

Because Plaintiff does not plan to call the expert witnesses who are the subject of the Defendants' motion, the Court **GRANTS** the motion to strike Plaintiff's proposed expert witnesses.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764