UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY NANKERVIS,

    Plaintiff,

Case No. 17-cv-11175
Hon. Matthew F. Leitman

v.

MATT GOEBEL, et al.,

    Defendants.
_____/

## ORDER TERMINATING MOTIONS (ECF ##31, 40) WITHOUT PREJUDICE

It is hereby ordered that the motion for summary judgment by Defendants Benito Mendoza, Alejandra Parra, Jesús Colón, and Chadwick Hopkins (ECF #31) and their motion for leave to file untimely motions in limine (ECF #40) are **TERMINATED WITHOUT PREJUDICE** in light of the filing of the suggestion of death (ECF #39).

    **IT IS SO ORDERED**.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: August 7, 2019

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2019, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (810) 341-9764